Plaintiff's Name __Harvey E. Larson__
Inmate No. __P-82258__
Address __Corr. Training Facility__
__B-WH, 205S__
__P.O. Box 705, Soledad, CA 93960__

**FILED**
**JUL 01 2022**
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

__Harvey E. Larson__
(Name of Plaintiff)

vs.

__V. AIn, Trust Office Personal__
__Miller, Correctional Officer__
__Stewart, Correctional Officer__
__B. Cates, Warden(A)__
__County of Kern__
_____
(Names of all Defendants)

(Case Number) __1:22-CV-00811-BAK-(PC)__

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

**RECEIVED**
**JUL 01 2022**
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A. Have you brought any other lawsuits while a prisoner? Yes _x_ No __

B. If your answer to A is yes, how many? __Do not recall.__
Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff __Harvey E. Larson__

Defendants __Cannot recall case numbers or names of defendants__

2. Court (if Federal Court, give name of District; if State Court, give name of County)
__Southern District; Eastern District; Central District__

3. Docket Number __Cannot recall.__      4. Assigned Judge __Cannot recall.__

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Filing date (approx.) _____   7. Disposition date (approx.) _____

1

II. **Exhaustion of Administrative Remedies**

    A. Is there an inmate appeal or administrative remedy process available at your institution?

    Yes _x_ No ___

    B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

    Yes ___ No _x_

    If your answer is no, explain why not __Fraud, criminal offense or quasi criminal. Just discovered the factual predicate of the claim. It may take 6 months to complete 602 grievance process. The hardship caused by the financial loss that has prevented filing application for a patent on invention entitled "Primary Case" (transmission). Drawing exhibit C. And purchasing articles at canteen. Request for declaratory judgment and injunction. Misinterpretation of Section 1915 cannot resolve through a grievance.__

    C. Is the process completed?

    Yes ___   If your answer is yes, briefly explain what happened at each level.

    _____
    _____
    _____

    No ___   If your answer is no, explain why not.

    _____
    _____
    _____
    _____

NOTICE: Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process <u>before</u> filing suit, regardless of the relief offered by the process. <u>Booth v. Churner</u>, 532 U.S. 731, 741 (2001); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** <u>Booth</u>, 532 U.S. at 734.

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant __V. Aln__ is employed as __Trust Office Personal__ at __California Correctional Institution__

B.  Additional defendants Miller, Correctional Officer is employed as floor officer in 3 building at California Correctional Institution; Stewart, Correctional Officer is employed as floor officer in 3 building at California Correctional Institution; B. Cates, Warden(A) at California Correctional Institution

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Defendant V. Aln, Truat Office Personal did not notify plaintiff that $890.00 was deposited on plaintiff's account 4/1/21. Inmate Statement Report dated 9/13/21 exhibit A. Defendants Miller, C/O and Stewart, C/O did not give plaintiff letter from Patent Office at mail call. Letter would of shown that $890.00 refund, patent application #13/506,350. Filing Receipt exhibit B. Plaintiff would of refiled the application for patent if plaintiff knew he had money on the books. It is shown on filing receipt that Filing Date Granted and Foreign Filing License Granted: 04/30/2012. Projected Publication Date: To Be Determined-pending completion of Corrected Papers, drawings exhibit C. Defendant V. Aln, Trust Office Personal collected restitution from money the Patent Office has refunded. In violation of Title 15, Section 3097 Inmate Restitution Fine and Direct Order Collection, (j) exceptions. Collected $444.50 restitution fine; $44.45 Admin. fee; filing fees: $140.50 #CIVS071043; $150.00 #CIVS042521; $100.58 #CIVS010488; $3= $394 or 394% violates Section 1915, 20% limit, .20x $394 = $78.00

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Compensatory damages in the amount of: $5 billion
Punitive damages in the amount of: $5 billion
Nominal damages in the amount of: $5 billion

I declare under penalty of perjury that the foregoing is true and correct.

Date  6/27/2022           Signature of Plaintiff  Harvey E. Larson

(revised 6/01/04)

3

| | | | | |
|---|---|---|---|---|
| Date/Time: | 9/13/2021 2:15:32 PM | CDCR | Verified: | |
| Institution: | CCI | Inmate Statement Report | | |
| Start Date: | 4/1/2021 | Revalidation Cycle: | All | |
| End Date: | 9/13/2021 | Housing Unit: | All | |
| Inmate/Group#: | P82258 | | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 9/13/21
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY V. ALN
TRUST OFFICE

Date/Time: 9/13/2021 2:15:32 PM                                       CDCR Verified                    Exhibit A
Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| P82258 | LARSON, HARVEY | CCI | C 003 1 | 127001 |

Current Available Balance:     $7.00

## Transaction List

| Date | Inst. | Transaction Type | Source | Receipt Check | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/01/2021 | CCI | BEGINNING BALANCE | | | | | $890.00 |
| 04/23/2021 | CCI | RESTITUTION FINE PAYMENT | 145/5286/2198056286 | | ($444.50) | | $445.53 |
| 04/23/2021 | CCI | ADMINISTRATIVE FEE | 145/5286/2198056286 | | ($44.45) | | $401.08 |
| 05/01/2021 | CCI | PLRA | CT# CIVS071043FCDJFMP | 709746 | ($140.50) | | $260.58 |
| 05/01/2021 | CCI | PLRA | CT# CIVS042521LKKGGHP | 709746 | ($150.00) | | $110.58 |
| 05/01/2021 | CCI | PLRA | CT# CIVS010488DFLJFMP | 709746 | ($100.58) | | $10.00 |
| 05/06/2021 | CCI | FILING FEES DUE STATE | 5/6/21CERT6MOST | | ($3.00) | | $7.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria**

## Obligation List

| Obligation Type | Court Cases# | Original Owed | Balance | Sum of TX for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| PLRA | CT# CIVS071043FCDJFMP | | $350.00 | ($140.50) | $209.50 |
| PLRA | CT# CIVS061413MCECMKP | | $350.00 | $0.00 | $350.00 |
| PLRA | CT# CIVS062178LKKGGHP | | $350.00 | $0.00 | $350.00 |
| PLRA | CT# CIVS070512FCDGGHP | | $350.00 | $0.00 | $350.00 |
| PLRA | CT# CIVS062094FCDKJMP | | $350.00 | $0.00 | $350.00 |
| COPY CHARGES | REG COPY | | $2.20 | $0.00 | $2.20 |
| COPY CHARGES | COPY CHARGES | | $0.10 | | $0.10 |
| COPY CHARGES | STATEMENT COPIES | | $0.30 | $0.00 | $0.30 |
| COPY CHARGES | | | $0.20 | $0.00 | $0.20 |

CALIFORNIA DEPT. CORR.
BY W. Aln
TRUST OFFICE

2

Inmate Statement Report

| Obligation Type | Court Cases# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | STATEMENT COPY | $0.10 | $0.00 | $0.10 |
| COPY CHARGES | COPY CHARGES | $0.10 | $0.00 | $0.10 |
| REGULAR MAIL | POSTAGE | $3.08 | $0.00 | $3.08 |
| REGULAR MAIL | REG MAIL | $6.35 | $0.00 | $6.35 |
| REGULAR MAIL | REG MAIL | $7.70 | $0.00 | $7.70 |
| REGULAR MAIL | REG MAIL | $7.70 | $0.00 | $7.70 |
| REGULAR MAIL | REG MAIL | $6.35 | $0.00 | $6.35 |
| REGULAR MAIL | REG MAIL | $0.48 | $0.00 | $0.48 |
| PLRA | 15CV0262 | $225.00 | $0.00 | $225.00 |
| REGULAR MAIL | 7/31/18REGMAIL07/25 | $0.71 | $0.00 | $0.71 |
| PLRA | APPEAL2: 17CV00886-LA | $505.00 | $0.00 | $505.00 |
| REGULAR MAIL | 07/16/19REGMAIL07/13 | $0.55 | $0.00 | $0.18 |

Restitution List

| Restitution | Court Case# | Status | Original Owed | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | SCE 195230 | Active | $10,000.00 | $0.00 | ($444.50) | $9,433.11 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: V. Aln
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY    9/13/21
   TRUST OFFICE

3



UNITED STATES PATENT AND TRADEMARK OFFICE



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE RECD | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/506,350 | 04/13/2012 | 2627 | 890 | | 11 | 10 |

CONFIRMATION NO. 6266

Harvey Eugene Larson P-82258
CSATF / State Prison at Corcoran
Facility D5 cell 203L
P.O. Box 5246
Corcoran, CA 93212

FILING RECEIPT

*OC000000055973065*

Date Mailed: 08/14/2012

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections

Applicant(s)
    Harvey Eugene Larson, Corcoran, CA;
Power of Attorney: None

Domestic Priority data as claimed by applicant

Foreign Applications (You may be eligible to benefit from the Patent Prosecution Highway program at the USPTO. Please see http://www.uspto.gov for more information.)

Permission to Access - A proper Authorization to Permit Access to Application by Participating Offices (PTO/SB/39 or its equivalent) has been received by the USPTO.

If Required, Foreign Filing License Granted: 04/30/2012

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is US 13/506,350

Projected Publication Date: To Be Determined - pending completion of Corrected Papers

Non-Publication Request: No

Early Publication Request: No
** SMALL ENTITY **

Title

        Primary case

**Preliminary Class**

        369

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process simplifies the filing of patent applications on the same invention in member countries, but does not result in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

### SelectUSA

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage, facilitate, and accelerate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/506,350 | 04/13/2012 | Harvey Eugene Larson | |

Harvey Eugene Larson P-82258
CSATF / State Prison at Corcoran
Facility D5 cell 203L
P.O. Box 5246
Corcoran, CA 93212

**CONFIRMATION NO. 6266**
**WITHDRAWAL NOTICE**


OC000000055943556

Date Mailed: 08/14/2012

## Letter Regarding a New Notice and/or the Status of the Application

If a new notice or Filing Receipt is enclosed, applicant may disregard the previous notice mailed on 07/05/2012. The time period for reply runs from the mail date of the new notice. Within the time period for reply, applicant is required to file a reply in compliance with the requirements set forth in the new notice to avoid abandonment of the application.

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web. https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

If the reply is not filed electronically via EFS-Web, the reply must be accompanied by a copy of the new notice.

If the Office previously granted a petition to withdraw the holding of abandonment or a petition to revive under 37 CFR 1.137, the status of the application has been returned to pending status.

/skiflemariam/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/506,350 | 04/13/2012 | Harvey Eugene Larson | |

Harvey Eugene Larson P-82258
CSATF / State Prison at Corcoran
Facility D5 cell 203L
P.O. Box 5246
Corcoran, CA 93212

CONFIRMATION NO. 6266
FORMALITIES LETTER

*OC000000005973066*

Date Mailed: 08/14/2012

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### Filing Date Granted

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- A substitute specification in compliance with 37 CFR 1.52, 1.121(b)(3), and 1.125, is required. The substitute specification must be submitted with markings and be accompanied by a clean version (without markings) as set forth in 37 CFR 1.125(c) and a statement that the substitute specification contains no new matter (see 37 CFR 1.125(b)). The specification, claims, and/or abstract page(s) submitted is not acceptable and cannot be scanned or properly stored because:
  - The application contains drawings, but the specification does not contain a brief description of the several views of the drawings as required by 37 CFR 1.74 and 37 CFR 1.77(b)(7).
- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - The drawings must be reasonably free from erasures and must be free from alterations, overwriting, interlineations, folds, and copy marks. See Figure(s) all.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Additional claim fees of $875 as a small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

### SUMMARY OF FEES DUE:

Total fee(s) required within TWO MONTHS from the date of this Notice is $875 for a small entity
- Total additional claim fee(s) for this application is $875
  - $875 for 7 independent claims over 3.

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Additional claim fees of $875 as a small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.
- A surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $65 for a small entity in compliance with 37 CFR 1.27, must be submitted.

## SUMMARY OF FEES DUE:

Total fee(s) required within TWO MONTHS from the date of this Notice is $1220 for a small entity
- $65 Surcharge.
- The application examination fee has not been paid. Applicant must submit $125 to complete the examination fee for a small entity in compliance with 37 CFR 1.27.
- A non-electronic filing fee of $200 for a small entity is required because the application was not filed by the USPTO's electronic filing system, EFS-Web. Section 10(h) of the Leahy-Smith America Invents Act (Public Law 112-29) requires an additional non-electronic filing fee of $400 ($200 for a small entity) for any nonprovisional application filed on or after November 15, 2011, other than by the USPTO's electronic filing system (EFS-Web), except for a reissue, design, or plant application. See also 37 CFR 1.16(t).
- Total additional claim fee(s) for this application is $875
  - $875 for 7 independent claims over 3.
         (A previous payment of $45 will be applied to the additional fees indicated above.)

Replies should be mailed to:

> Mail Stop Missing Parts
> Commissioner for Patents
> P.O. Box 1450
> Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web:
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

/smumpanthovong/

---

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

PRIMARY CASE #15

1  Transmission input mainshaft 1st gear 18mm radius and countershaft 1st gear 72mm
2  radius (not shown) a 4:1 ratio. Mainshaft 4th gear 36mm radius and countershaft
3  gear 36mm radius a 1:1 ratio. Torque at transmission input mainshaft is less at
4  circumference of gear 36mm radius, torque regained by gear 36mm radius on
5  countershaft. Primary case input torque is not lessened at transmission 4th gear.
6  Engine input gear 28mm radius, 1000 rpm (not shown, before 18mm) mesh gear-train
7  figures 1D, 1E and 1F turn gear 47mm radius, 1000 rpm, figure 1B (before engine
8  input gear, figure 1A meshed figure 1B directly without gear-train).
9  Transmission input mainshaft 1st gear 18mm radius turned by gear 47mm radius
10 (before transmission input mainshaft 1st gear 18mm radius meshed adjacent gears
11 28mm radius/47mm radius, figure 2C and gear 24.5mm radius, figure 2D) would have
12 approximately 2.6-3.0 times ft.lb. torque (47mm divided by 18mm = 2.6) instead
13 of torque doubled.

PRIMARY CASE #15

Case 1 holds gear shafts 1B, 1A and 2B. Case 2 slides over same shafts. Gears 1C, 1E and 2C are secured to shafts. Case 3 slides over ends of shafts. And other gears not shown.

| case 1 | case | shaft | case | shaft | case | shaft |
| --- | --- | --- | --- | --- | --- | --- |
| | gear-1B | | 1A engine | | gear-2B | |

| case 2 | case | shaft | case | shaft | shaft | case | shaft |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | gear-1C | | gear-1H transmission input | | gear-2C | |

| case 3 | case | shaft | case | shaft | case | shaft |
| --- | --- | --- | --- | --- | --- | --- |



Primary Case #15



Gear A, 29mm radius, 081 circumference divided in 134, 5mm segments, 34 x 5 = 170mm x 500 rpm = 85,000mm. Overdrive 178,500mm twice 85,000mm x 2 = 170,000mm turns gear C, 58 mm radius 500 rpm and next gear C ect...or gear A turns 21 of its 34 segments and and overdrive would turn once, 34 - 21 = 13 segments left that gear A will turn overdrive again 13 of its 21 segments is 62% (13 divided by 21), 62% of 875 rpm is 542 rpm (875 x .62), 875 + 542 = 1417 rpm and gear C radius of 58mm extended 62% = 35.96 (58 x .62), 58 + 35.96 = 93.96mm radius. Overdrive 21, 6mm segments count ___ mm radius?



Lower the 875 rpm of overdrive. Mesh input gear 29mm radius, 500 rpm, figure A with output gear 58mm radius, adjacent gear 29mm radius will turn 250 rpm, figures C and D. Gear 29mm radius, 250 rpm figure D will turn overdrive 18mm radius, 437 rpm, figure B. Last output gear 29mm radius extended 2mm, figure D will turn overdrive 500 rpm (instead of 437 rpm) input in transmission matches the 500 rpm of engine. input gear, figure A. "Perpetual Motion Machine" flywheel/gear E mesh output gear, figure D with input gear, figure A.

## PRIMARY CASE #17

Gear A turns 1mm of its circumference. Gear B turns gear C 2mm of its circumference. Gear A circumference 256mm. Gear B turns 512mm. Gear B circumference 128mm. 512mm divided by 128mm = 4 rotations of gear B. It takes 2 rotations of gear B to turn gear C 1 rotation, thus gear C turns 2 rotations.

**FIG. A**
1,000RPM
50mm r.
256mm cir.
10mm

**FIG. B**
2000RPM
25mm r.
128mm cir.
10mm

**FIG. C**
1500~2000RPM
50mm r.
256mm cir.
10mm

Without jackshaft gears #2/3 and #4/5 output gear #6 radius lengthened 147mm would match torque of 1,200 ft.·lb. using jackshaft gears but only turn 76rpm compared to 232rpm using jackshaft gears.

[Gear 1: 1,000RPM, 100FT.LB.T., approx. 31 marks on cir.]
[Gear 2/3: 500RPM, 200FT.LB.T., x2, 1.9 ratio, approx. 59 marks on cir.]
[Gear 4/5: 357RPM, 400FT.LB.T., x2, 2.8:1]
[Gear 6/7: 232RPM, 1,200 FT.LB.T., x3, 4.3:1, approx. 78 marks on cir.]

Drive #1 and jackshaft #2/3 a 1.9:1 ratio. Another .9 of drive turns jackshaft #4/5 one revolution & another 1.5 revolution of drive turns output #6 one revolution. 1.9+.9+1.5=4.3:1 ratio between drive #1 and output #6, 232rpm. Divide 1,000rpm of drive gear #1 by 4.3=232rpm.

[Drive gear: 1,000RPM, 100FT.LB.T., 31]
[76rpm, 13.3:1, 380 marks on cir.]

Divide 380 marks on cir. of output gear by 31 marks on cir. of drive gear is a 13.3:1 ratio, divide 1,000rpm of drive by 13.3=76rpm of output gear.

[100FT.LB.T. ← 147mm radius → 1,200 FT.LB.T., x12]

TITLE OF INVENTION - Primary Case
INVENTOR - Harvey Eugene Larson
APPLICATION NUMBER - 13/506,350

