UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>V. ALN, et al.,<br><br>　　　　　Defendant. | No.  1:22-cv-00811-ADA-BAK (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |

　　　　Plaintiff Harvey Eugene Larson is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On July 27, 2022, the Honorable Dale A. Drozd adopted findings and recommendations from the assigned United States Magistrate Judge, ordering Plaintiff to pay the $402.00 filing fee in full in order to proceed in this matter.  (ECF No. 10).  In making this order, Judge Drozd determined that Plaintiff failed to establish the applicability of the imminent danger exception concerning individuals with three or more qualifying strikes pursuant to 28 U.S.C. § 1915(g).  (*Id.*)  Judge Drozd afforded Plaintiff thirty days from the date of service of the order to pay the filing fee.  (*Id.* at 2.)  Subsequently, this case was reassigned to the undersigned for all further proceedings.  (ECF No. 11.)

　　　　Almost two months have passed since Judge Drozd signed the order requiring Plaintiff to pay the filing fee, and Plaintiff has not paid any amount.

1

Accordingly,

1. This matter is dismissed, without prejudice, for Plaintiff's failure to pay the filing fee; and

2. The Clerk of Court shall terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:   September 29, 2022

UNITED STATES DISTRICT JUDGE

2